# Third District Court of Appeal
## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0535
Lower Tribunal No. F19-8128D
_____

**Antwan Washington,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

The Law Offices of Sean Marcus, PLLC, and Sean T. Marcus, for appellant.

Ashley Moody, Attorney General, and Michael W. Mervine, Bureau Chief, and Brian H. Zack, Assistant Attorney General, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.